# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1877

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Nebraska. |
| | * | |
| Lamar Clark, also known as Gully, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: October 29, 2001

Filed: November 7, 2001

_____

Before LOKEN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Having pleaded guilty to conspiring to distribute cocaine base, Lamar Clark appeals the sentence imposed by the district court. Clark's counsel has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), in which he argues the court should have granted Clark's U.S.S.G. § 5K2.0 downward-departure motion. Clark has not filed a pro se supplemental brief.

Having carefully reviewed the record, we conclude the issue raised by counsel is unreviewable because the district court was aware of its authority to depart from the Guidelines. See <u>United States v. Lim</u>, 235 F.3d 382, 385 (8th Cir. 2000). Having

found no nonfrivolous issues for appeal after reviewing the record independently in accordance with <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.